FILED
CLERK, U.S. DISTRICT COURT
9/7/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>TEVIN TERRY,<br>    aka "rackedupbitch_h4,"<br><br>            Defendant. | CR   2:21-cr-00419-MCS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about February 2, 2021, in Los Angeles County, within the Central District of California, defendant TEVIN TERRY, also known as "rackedupbitch_h4," knowingly possessed a firearm, namely, a Ruger, model Security 9, 9mm caliber pistol, bearing serial number 383-05416, and ammunition, namely, four rounds of Sig Sauer 9mm caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant TERRY possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

    (1)   Criminal Possession of a Weapon in the Second Degree, in violation of New York Penal Code Section 265.03.03, in the New York Supreme Court, County of New York, Case Number 02645-2009, on or about May 6, 2011; and

    (2)   Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Code Section 220.39.01, in the New York Supreme Court, County of New York, Case Number 01735-2011, on or about May 20, 2011.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)   All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following:

i.   One Ruger, model Security 9, 9mm caliber pistol, bearing serial number 383-05416; and

ii.   Four rounds of Sig Sauer 9mm caliber ammunition.

(b)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

3

```
substantially diminished in value; or (e) has been commingled with
other property that cannot be divided without difficulty.
```

                                         A TRUE BILL

                                         /S/
                                       Foreperson

TRACY L. WILKISON
Acting United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

MARIA JHAI
Assistant United States Attorney
General Crimes Section